OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**



PRESORTED
FIRST-CLASS

02 1R        $ 00.26⁵
0002003152    JAN 15 2015
MAILED FROM ZIP CODE 78701

1/14/2015

**PINKSTON, ERIK CHRISTIAN**                Tr. Ct. No. C-372-010140-0815422-A
                                            WR-81,741-02

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

RTS
DISCH.

ERIK CHRISTIAN PINKSTON
                        - TDC # 1894998